## IN THE MATTER OF WILLIAM McDOWELL SCOTT

PAPERS IN FILE (1814): (1) Statement of account; (2) vouchers.

## UNITED STATES *versus* JAMES McCLOSKEY

PAPERS IN FILE (1814): (1) Indictment; (2) capias sur indictment.

## UNITED STATES *versus* LOUIS CAMPAU

PAPERS IN FILE (1814–15): (1) Indictment; (2) capias sur indictment and return; (3) alias capias and return.